**Opinion filed June 17, 2010**



# In The

# Eleventh Court of Appeals

_____

## Nos. 11-10-00094-CR, 11-10-00096-CR, 11-10-00097-CR, & 11-10-00098-CR

_____

## BOBBY BLANTON, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 7th District Court**

**Smith County, Texas**

**Trial Court Cause Nos. 007-1463-09, 007-1465-09, 007-1466-09, & 007-1467-09**

## M E M O R A N D U M   O P I N I O N

The trial court convicted Bobby Blanton, upon his pleas of guilty, of three offenses of aggravated sexual assault of a child[1] and one offense of indecency with a child.[2] Plea bargain agreements were not reached. The trial court assessed punishment at confinement for life for each of the aggravated sexual assaults and at confinement for twenty years for the indecency offense. We dismiss each appeal.

---

[1]11-10-00094-CR, 11-10-00096-CR, and 11-10-00097-CR.

[2]11-10-00098-CR.

In each appeal, appellant's court-appointed counsel has filed a motion to withdraw. Each motion is supported by a brief in which counsel professionally and conscientiously examines the records and applicable law and states that he has concluded that the appeal is frivolous. Counsel has provided appellant with copies of the briefs and advised appellant of his right to review the records and file responses. No responses have been filed. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); and *Eaden v. State*, 161 S.W.3d 173 (Tex. App.—Eastland 2005, no pet.).

Following the procedures outlined in *Anders*, we have independently reviewed the records, and we agree that the appeals are without merit. We note that counsel has the responsibility to advise appellant that he may file petitions for discretionary review by the Texas Court of Criminal Appeals. *Ex parte Owens*, 206 S.W.3d 670 (Tex. Crim. App. 2006). Likewise, this court advises appellant that he may file petitions for discretionary review pursuant to Tex. R. App. P. 66. *Black v. State*, 217 S.W.3d 687 (Tex. App.—Eastland 2007, no pet.).

The motions to withdraw are granted, and the appeals are dismissed.

PER CURIAM

June 17, 2010

Do not publish. *See* Tex. R. App. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.